# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 08-1329                      September Term 2008

FAA-73FR60544
FAA-73FR60574

**Filed On:** December 8, 2008

Port Authority of New York and New Jersey,

    Petitioner

    v.

Federal Aviation Administration,

    Respondent

------------------------------

Consolidated with 08-1331, 08-1332, 08-1333, 08-1343, 08-1344, 08-1355, 08-1371

    **BEFORE:**    Henderson, Brown, and Kavanaugh, Circuit Judges

## O R D E R

    Upon consideration of the motions for stay, the response thereto, and the replies, it is

    **ORDERED** that the motions for stay be granted. Petitioners have satisfied the stringent standards required for a stay pending court review. See <u>Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc.</u>, 559 F.2d 841, 843 (D.C. Cir. 1977); <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33-34 (2007). The FAA's planned slot auctions, as authorized by <u>Congestion Management Rule for John F. Kennedy International Airport and Newark Liberty International Airport</u>, 73 Fed. Reg. 60,544 (2008), and <u>Congestion Management Rule for LaGuardia Airport</u>, 73 Fed. Reg. 60,574 (2008), are hereby stayed pending further order of the court.

### Per Curiam

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                BY:    /s/
                          MaryAnne Lister
                          Deputy Clerk